MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ANN MARIE REDING (CABN 226864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    FAX: (415) 436-6748
    annie.reding@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREDERICK ETHAN BROWN, ) | CASE NO. C 13-1906 KAW |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE DATES** |
| ) | |
| v. ) | |
| ) | |
| PATRICK DONAHOE, Postmaster General, ) | |
| ) | |
| Defendant. ) | |

The Motion to Continue Mandatory Settlement Conference and Case Management Conference filed by Defendant, Patrick R. Donahoe, Postmaster General of the United States Postal Service, is hereby **GRANTED**. The Mandatory Settlement Conference scheduled for October 15, 2013, is continued to November 18, 2013, at 2:00 p.m. before Hon. Magistrate Judge Maria-Elena James. The Case Management Conference scheduled for November 12, 2013 is continued to December 10, 2013 at 1:30 p.m.

Dated: October 3, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

ORDER GRANTING ADMINISTRATIVE MOTION
C 13-1906 KAW