UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK ETHAN BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICK DONAHOE,<br><br>        Defendant. | Case No.: 13-cv-1906 KAW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On December 4, 2013, Defendant Patrick Donahoe filed a further case management conference statement. In the filing, Defendant indicated that the parties will be attending a further settlement conference with Magistrate Judge Maria-Elena James on December 10, 2013. Good cause appearing, the court hereby continues the case management conference, also scheduled for December 10, 2013, to February 11, 2014 at 1:30 p.m.

Dated: December 4, 2013

                                                      KANDIS A. WESTMORE<br>
                                                      United States Magistrate Judge